UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHEAP HUL, | ) | No. SACV 12-1174-PA(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as moot.

DATED: September 26, 2012

_____
PERCY ANDERSON
United States District Judge